# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

RANDALL WALLACE HANCOCK,

    PETITIONER,

V.

JOAN FABIAN, COMMISSIONER OF CORRECTIONS

    RESPONDENT.

CIVIL NO. 09-1633 (PJS/AJB)

**ORDER**

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated October 27, 2009, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Randall Wallace Hancock's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [Docket No. 1] is **DENIED**; and

2. This action is **DISMISSED WITH PREJUDICE.**

Dated: 11/13/09

    s/Patrick J. Schiltz
    Patrick J. Schiltz
    United States District Judge